UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHANDRA JOSEPH-LACET, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  1:16-cv-11906-GAO |
| | ) | |
| NATIONSTAR MORTGAGE LLC, | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Nationstar Mortgage LLC ("Nationstar") hereby moves to dismiss Plaintiff Chandra Joseph-Lacet's ("Plaintiff") Complaint on the grounds that it is barred by res judicata.  In support of this request, Nationstar files herewith and incorporates by reference, the Memorandum in Support of Defendant's Motion to Dismiss.

Respectfully submitted,
DEFENDANT,
NATIONSTAR MORTGAGE LLC,
By its attorneys,

_____*/s/ David W. Merritt*_____
James B. Fox (BBO No. 176520)
Meredith A. Swisher (BBO No. 646866)
David W. Merritt (BBO No. 672400)
BERNKOPF GOODMAN LLP
Two Seaport Lane, 9th Floor
Boston, MA  02210
Tel: (617) 790-3000
Fax: (617) 790-3300
jfox@bg-llp.com
mswisher@bg-llp.com
dmerritt@bg-llp.com

Dated: September 26, 2016

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

or sent by first-class mail to any persons indicated as non-registered participants on this date.

Signed under the pains and penalties of perjury this 26th day of September, 2016.

*/s/ David W. Merritt*