UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Chandra Joseph-Lacet  Plaintiff, | * * * * |
| | * Civil Action No. 1:16-cv-11906-GAO |
| Nationstar Mortgage LLC  Defendant, | * * * |

ORDER

September 20, 2017

O'Toole, D.J.

Pursuant to the Opinion and Order [18] entered on 09/20/2017, Granting Defendant's [7] Motion to Dismiss and DENYING Plaintiff's [1-2] Motion for Injunctive Relief, this case is hereby CLOSED.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge